## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 3:24–cr–00350–SI |
| Plaintiff, | |
| v. | **DETENTION ORDER (VIOLATION OF PROBATION/SUPERVISED RELEASE)** |
| **SLIM PRITCHETT** | |
| Defendant. | |

After a preliminary hearing (or waiver thereof) pursuant to Fed.R.Crim.P. 32.1(a)(1) and/or Fed.R.Crim.P. 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release), the Court finds that there is probable cause to hold Defendant Slim Pritchett for a revocation hearing and that Defendant has not met the burden of establishing by clear and convincing evidence that Defendant will not flee nor pose a danger to another person or to the community.

Pursuant to 18 U.S.C. § 3142(i)(2)–(4), IT IS THEREFORE ORDERED that:

**(1)** Defendant is detained pending a probation/supervised release revocation hearing;

**(2)** Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

**(3)** Defendant shall be afforded a reasonable opportunity for private consultation with Defendant's counsel; and

**(4)** The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

**DATED** this 27th day of February, 2026     /s/Amy E. Potter

Honorable Amy E. Potter
United States Magistrate Judge.